THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH E. DIXON, Appellant.

Submitted July 9, 2007; decided September 6, 2007

Reported below, 37 AD3d 1124.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 denied as unnecessary and motion papers treated as a timely CPL 460.20 application.